# United States Court of Appeals
## For the First Circuit

No. 22-1933

GIOVANNI IRIZARRY SIERRA,

Plaintiff, Appellant,

v.

FRANK J. BISIGNANO, Commissioner of Social Security,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on October 27, 2025, is amended as follows:

On page 18, line 7, replace ".107(a)" with "1614.107(a)."

On page 23, line 14, replace "foregoing" with "forgoing."